FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LEO SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT J. HERNANDEZ, Warden,<br><br>    Respondent. | No. CV 05-3339-AHS (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED:   JUL - 7 2008

_____
ALICEMARIE H. STOTLER
Chief United States District Judge